IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | ) | |
| | ) | Case No. 3:15-0166 |
| v. | ) | JUDGE SHARP |
| | ) | |
| IC SYSTEMS INC | ) | |

**O R D E R**

Pursuant to the Stipulation of Dismissal with Prejudice (Docket No. 15) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE